# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDIONICS SYSTEM, INC., d.b.a. CRUX INTERFACING SOLUTIONS, a California company,<br><br>Plaintiff,<br><br>v.<br><br>AAMP OF FLORIDA, INC., d.b.a. AAMP OF AMERICA, INC., a Florida company,<br><br>Defendant. | CASE NO. CV 12-10763-MMM (JEMx)<br><br>**[**~~PROPOSED~~**] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having considered the parties' Stipulated Protective Order, and for good cause appearing, IT IS HEREBY ORDERED THAT:

The Stipulated Protective Order is GRANTED.

IT IS SO ORDERED.

Dated: August 14, 2013

_John E. McDermott_
JOHN E. MCDERMOTT
United States Magistrate Judge

-1-